Lothar Goernitz
P. O. Box 32961
Phoenix, AZ 85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| INTERNATIONAL PRECIOUS METALS, CORP | ) | CASE NO. 98-07721-PHX-SSC |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3 | 6/10/10 | DAN STORY 4732 E. MINTON ST. PHOENIX, AZ 85040 | $178.03 |
| 4 | 6/10/10 | SAM SHAW III 16602 S. 14TH PLACE PHOENIX, AZ 85048 | $737.50 |
| 5 | 06/10/10 | JIM HOPPER 3742 W. LATHAM PHOENIX, AZ 85009 | $46.90 |
| 6 | 06/10/10 | TANYA NELSON 3975 SOUTH SAGE DRIVE CHANDLER, AZ 85248 | $737.50 |
| 8 | 06/10/10 | ARTHUR FANNING 3975 SOUTH SAGE DRIVE CHANDLER, AZ 85248 | $152.57 |

Date: September 23, 2010                         /s/ Lothar Goernitz
                                                 Lothar Goernitz, Trustee